```
George J. Kovacevich, SBN 48125
Jeffrey E. Barnes, SBN 212154
```
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
```
A Professional Corporation
333 Church Street
Santa Cruz, California  95060
Telephone:  (831) 423-8383
Facsimile:  (831) 423-9401

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/14/06*

| | |
|---|---|
| ROBERT NORSE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>          Defendants. | CASE NO. **C 02-01479-RMW**<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING TRIAL**<br><br>Trial Date:     September 25, 2006 |

Plaintiff and Defendants, through their respective counsel, stipulate to continue the trial in this action, currently set for September 25, 2006, to sometime on or after March 26, 2007 or as soon thereafter as is convenient to the Court.  This trial continuance is sought because Plaintiff is scheduled to appear as a defendant in a criminal trial beginning on September 25, 2006.

Dated: September 11, 2006          By:        /S/
                                              DAVID J. BEAUVAIS
                                              Attorney for Plaintiff
                                              ROBERT NORSE


                                              ATCHISON, BARISONE, CONDOTTI &
                                              KOVACEVICH

Dated: September 11, 2006          By:        /S/
                                              JEFFREY E. BARNES
                                              Attorneys for Defendants
                                              CITY OF SANTA CRUZ et al.

STIPULATION AND ORDER CONTINUING TRIAL                                      Page 1

**ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED.  The trial is continued to March 26, 2007 ___, and the pre-trial conference is re-scheduled for March 15, 2007 _____. No further continuances.

Dated: 9/14/06          /s/ Ronald M. Whyte
                       UNITED STATES DISTRICT COURT JUDGE

I, Jeffrey E. Barnes, hereby attest that the faxed signature of David J. Beauvais is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA  95060.

                       ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: September 11, 2006      By:          /S/
                       JEFFREY E. BARNES
                       Attorneys for Defendants
                       CITY OF SANTA CRUZ et al.