DAVID J. BEAUVAIS (SB # 84275)
Attorney at Law
1904 Franklin St., Ste. 800
Oakland, CA  94612
Telephone:  (510) 832-3605
Fax:  (510) 832-3610
Attorney for Plaintiff
ROBERT NORSE

KATE WELLS (SB # 107051)
Attorney at Law
2600 Fresno Street
Santa Cruz, CA  95062
Telephone:  (831) 479-4475
Fax:  (831) 479-4476
Attorney for Plaintiff
ROBERT NORSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/14/07*

| | |
|---|---|
| ROBERT NORSE, | CASE NO. **C 02-01479-RMW** |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL AND ORDER** |
| CITY OF SANTA CRUZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff dismisses the following defendants from this action: Keith A. Sugar, Emily Reilly, Ed Porter, Mark Primack and Steven Clark.

DATED: March 13, 2007

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiff

IT IS SO ORDERED.

DATED:  3/14/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE